UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. PARKER, | Case No. 1:10-MC-00038-DLB |
| Plaintiff, | |
| vs. | ORDER CONTINUING MOTIONS |
| | HON. DENNIS L. BECK |
| DAVID FERDINANDI an individual and ICG FINANCIAL, | |
| Defendants. | |

The plaintiff, Robert W. Parker, having moved this Court for an Order Executing a Judgment against the defendants David Ferdinandi and ICG Financial, garnishing the wages of David Ferdinandi, restraining David Ferdinandi from assigning or disposing of assets, requiring the defendant David Ferdinandi to assign certain assets, and for such other and further relief as to this Court may seem just and proper;

NOW, upon the application of the plaintiff-movant, Robert W. Parker, all of the motions scheduled to be heard and argued on August 1, 2008 at 9:00 a.m. are hereby continued to August 15, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **July 30, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE